BERNARD A. STOCK et al., as Trustees, Respondents, *v.* KENNY-NEWELL COMPANY, INC., Appellant, Impleaded with Another.

Submitted May 19, 1941; decided May 29, 1941.

*Arthur F. Gaynor* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant serves and files undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.